**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 86 MAL 2019

         Respondent    :

                      :    Petition for Allowance of Appeal from
                      :    the Order of the Superior Court

         v.    :

NELSON LUGO,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.